**Entered on Docket**
**August 10, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

ERIC D FABRIZIO

Debtor(s)

BK-05-23087 MKN

Hearing Date: N/A
Hearing Time: N/A

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $541.45 constituting an unclaimed dividend is declared due to RESURGENT CAPITAL SERVICES.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

RESURGENT CAPITAL SERVICES
%DILKS & KNOPIK LLC
P.O. BOX 2728
ISSAQUAH, WA 98027

###